**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Thomas <br> First name <br><br> R. <br> Middle name <br><br> Cannon <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1698 |  |

---

Official Form 101                           **Voluntary Petition for Individuals Filing for Bankruptcy**                           page 1

Debtor 1  Thomas R. Cannon                                                                                     Case number *(if known)*

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ☐ I have not used any business name or EINs. <br><br> FDBA Cannon Management Group LLC <br> FDBA Vet Tec Mechanical LLC <br> Business name(s) <br><br><br> EINs | ☐ I have not used any business name or EINs. <br><br><br> Business name(s) <br><br><br> EINs |
| **5.** | **Where you live** | 137-5 Bristol Lane <br> Wood Dale, IL 60191 <br> Number, Street, City, State & ZIP Code <br><br> DuPage <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br><br> Number, Street, City, State & ZIP Code <br><br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Thomas R. Cannon                                                                    Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ■ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
    - ■ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1    Thomas R. Cannon                                                      Case number *(if known)*

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of**:

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 ___Thomas R. Cannon___    Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts _____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Thomas R. Cannon
_____        _____
Thomas R. Cannon                        Signature of Debtor 2
Signature of Debtor 1

Executed on ___November 18, 2016___        Executed on _____
MM / DD / YYYY                             MM / DD / YYYY

Debtor 1  Thomas R. Cannon  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Gregory K. Stern                              Date    November 18, 2016
Signature of Attorney for Debtor                          MM / DD / YYYY

Gregory K. Stern
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 427-1558            Email address

6183380
Bar number & State

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

.

A-1 Roofing Company
1425 Chase Avenue
Elk Grove Village, IL 60007


Acuity
2800 S. Taylor Drive
P.O. Box 718
Sheboygan, WI 53081


Allied Collection
3080 S Durango Drive
Las Vegas, NV 89117


Allied Waste Services
2608 South Damen
Chicago, IL 60608


Alltran Financial, LP
P.O. Box 4043
Concord, CA 94524


Ameican Express
P.O. Box 981537
El Paso, TX 79998


Amercian Express
P.O. Box 981537
El Paso, TX 79998


American Express
PO Box 981535
El Paso, TX 79998-1535


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Anderson Electric
3501 S. 6th Street
Hwy W
Springfield, IL 62703


Automatic Doors, Inc.
113 Sangra Court
Streamwood, IL 60107

Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Bornquist, Inc.
7050 North Lehigh Avenue
Chicago, IL 60646


Brook Electrical Supply
880 South Rohlwing Road
Addison, IL 60101


Burris Equipment
2001 Cherry Hill Road
Joliet, IL 60433


BW Contracting Services, Inc.
2375 S. Krahn Road
New Berlin, WI 53151


Caine & Weiner
1699 East Woodfield Road
Suite 360
Schaumburg, IL 60173


Capital One
P.O. Box 5253
Carol Stream, IL 60197


Cb/vicscrt
P.O. Box 182789
Columbus, OH 43218


Central Credit Services LLC
20 Corporate Hills Drive
Saint Charles, MO 63301


Chase Card
Po Box 15298
Wilmington, DE 19850


Christy Webber & Company
2900 W. Ferdinand Street
Chicago, IL 60612

Cityscape Landscape LLC
c/o Nigro Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139


Comcast
PO Box 3001
Southeastern, PA 19398-3001


Commonwealth Edison
P.O. Box 6111
Carol Stream, IL 60197-6111


Doctors Oxygen Service, Inc.
10180 S. 54th Street
Franklin, WI 53132


Donnelly & Harris LLC
6430 North Central Avenue
Suite 207
Chicago, IL 60646


Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227


Fifth Third Bank
Customer Service
MD 1 MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
Madisonville Operations Center MD
1MOC3A
Cincinnati, OH 45263


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Flooring Resources Corporation
1900 E. Main Street
Danville, IL 61832

Ford Motor Credit Company LLC
P.O. Box Box 542000
Omaha, NE 68154


Frank J. Strahl & Sons, Inc.
401 N. Washington
Danville, IL 61832


Friedler Construction
1001 North Milwaukee Ave.
Suite 402
Chicago, IL 60642


G & O Thermal
5435 N. Northwest Hwy
Chicago, IL 60630


Grange Mutual Casualty Company
P.O. Box 88017
Chicago, IL 60680


Gypsum Supply Co.
1125 Harrison Ave.
Rockford, IL 61104


Home Depot Credit Services
P.O. Box 790435
Saint Louis, MO 63179


Home Health Depot
9245 N. Meridian
Indianapolis, IN 46260


HUB International Midwest Ltd.
15174 Collection Cenbter Drive
Chicago, IL 60693


Humana Insurance Company
1100 Employers Boulevard
Green Bay, WI 54344


Husch Blackwell LLP
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Insight Forensic Accountants, S.C.
2665 South Moorland Road
Suite 112
New Berlin, WI 53151


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Intuit Outsource Payroll
c/o Richard James & Associates
4317 NE Thurston Way
Suite 270
Vancouver, WA 98662


Kohner Mann & Kailas
4650 N. Port Washington Road
Milwaukee, WI 53212


Kroeschell Engineering Co., Inc.
3222 N. Kennicott Avenue
Arlington Heights, IL 60004


La Grange Crane Service
6180 River Road
La Grange, IL 60525


Lyons Law Group, LLC
5333 Main Street
Downers Grove, IL 60515


McCarthy, Burgess & Wolff
26000 Cannon Boulevard
Cleveland, OH 44146


Modular Space Corporation
1200 Swedesford Road
Berwyn, PA 19312

```
Mowery & Schonenfeld
475 Half Day Road
Suite 250
Lincolnshire, IL 60069


Munch's Supply
2650 West Addison
Chicago, IL 60618


Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive
Suite 101
Chicago, IL 60606


Nationwide Credit, Inc.
P.O. Box 26314
Lehigh Valley, PA 18002-6314


Navy Federal Cr Union
820 Follin Ln Se
Vienna, VA 22180


Navy Federal Credit Union
Po Box 3700
Merrifield, VA 22119


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Nordstrom/td
13531 E Caley Ave
Englewood, CO 80111


Overhead Door
8811 Bash Street
P.O. Box 50648
Indianapolis, IN 46250


Porter Pipe and Supply Company
35049 Eagle Way
Chicago, IL 60678
```

Receivable Management Services
P.O. Box 361598
Columbus, OH 43236


Receivable Managment Services
P.O. Box 361505
Columbus, OH 43236


Republic Services
2608 South Damen Avenue
Chicago, IL 60608


Riordan McKee & Piper, LLC
20 North Wacker Drive
Suite 910
Chicago, IL 60606


Roberts Development
757 N. Central Avenue
Wood Dale, IL 60191


Shadeology
1006 Forest View Drive
Mahomet, IL 61853


Sheet Metal Workers' Int'l Assoc
Local Union No. 73
4530 Roosevelt Road
Hillside, IL 60162


Sheffield Financial Co
2554 Lewisville Clemmons
Clemmons, NC 27012


Siemens Industry, Inc.
585 Slawin Court
Mount Prospect, IL 60056


Southport Bank
7027 Green Bay Road
Kenosha, WI 53142

Spingfield Electric
700 North 9th Street
P.O. Box 4106
Springfield, IL 62702


Sprint
PO Box 8077
London, KY 40742


Sprint PCS Customer Solutions
P.O. Box 8077
London, KY 40742


Strategic Value Media
8700 Indian Creek Parkway
Suite 300
Overland Park, KS 66210


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


The Blueprint Shoppe
457 N. York Road
Elmhurst, IL 60126


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


Thomas T. Boundas
6428 Joliet Road
Suite 103
Countryside, IL 60525


United Healthcare Group
c/o RMS
P.O. Box 361598
Columbus, OH 43236

United Rentals
6125 Lakeview Road
Suite 300
Charlotte, NC 28269


USAA Savings Bank
10750 Mc Dermott
San Antonio, TX 78288


W.W. Grainger
P.O. Box 5213
Janesville, WI 53547-5213


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713